IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

JUN 15 2011

JAMES N. PATTEN, Clerk
By_____ Deputy Clerk

STEVE A. REED
    Plaintiff,

Jury Trial Requested
Case#1:11-cv-1734-CC-AJB

v.

WAL-MART,INC., WAL-MART
STORES EAST,L.,P., et al.,
    Defendants,

MOTION TO RESCIND (IN-PART) MAGISTRATE JUDGE'S
NON-FINAL REPORT AND RECOMMENDATION DATED
JUNE 9th,2011

As it stands now , Plaintiff moves to strike the portions of the Magistrate Judge's Non-Final Report and Recommendation that deny Plaintiff forward motion to proceed with Plaintiff's Title VII and ADEA Claims. Plaintiff contends that information contained in the Complaint as a whole( including exhibits, additional documents ,and dates,etc. ) were overlooked by the Court in its ruling of denial of forward motion to proceed on Claims of retaliation ,age ,sex(gender) ,and religion. Plaintiff submits that Court didn't take into account Plaintiff's Exhausting of Administrative Remedies and Plaintiff's filings of complaint with the State of Georgia.,citing Jin v. Metropolitan Life Ins.Co.,310 F.3d84,91 Fair Empl Prac. Cas.(BNA) 1027,83 .along with Green v. Administrators of Tulane Educational Funds 284,F.3d 642,163 Ed Law Rep. 36,89,Fair Empl. Prac. Cas(BNA) 587,82.

_Steve A. Reed_

STEVE A. REED
Pro Se,

## CERTIFICATE OF SERVICE

Plaintiff-Appellee, Steve A. Reed do hereby affirm that a true copy of the above mention document was mailed to the Defendant(s) via first class mail to Defendant's listed address of :

> Mr. Jeff Davis, Esq
> Assiciate General Counsel
> Wal-mart Stores, Inc.--
> 702 SW 8th, St.
> Bentonville, AR. 72716

On this day June 13th, 2011

*Steve A. Reed* (signature)
STEVE A. REED
PRO SE.,

P.O. BOX 136
DECATUR, GA. 30031
PHONE# 678/793-7331